**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| William Dean Sandland, | ) | |
| | ) | Case No. 1:07-cr-100 |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| William Dean Sandland, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 1:08-cv-106 |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

_____

On December 16, 2008, the defendant, William Sandland, filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. See Docket No. 39. The Court has conducted an initial review of the motion and, without passing on its merits, **ORDERS** the Clerk of Court's Office to serve the Government with a copy of the motion and further **ORDERS** the Government to file a response to the motion within sixty (60) days from the date of this Order.

**IT IS SO ORDERED.**

Dated this 22nd day of December, 2008.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court